No. 96–1528.  LOVING v. PIRELLI CABLE CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.  ▮

No. 96–1532.  NEW JERSEY CARPENTERS APPRENTICE TRAINING AND EDUCATION FUND v. BOROUGH OF KENILWORTH.  Sup. Ct. N. J.  Certiorari denied.  ▮

No. 96–1533.  SAULSBERRY v. MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.  ▮

No. 96–1535.  RONWIN v. IOWA SUPREME COURT BOARD OF PROFESSIONAL ETHICS AND CONDUCT.  Sup. Ct. Iowa.  Certiorari denied.  ▮

No. 96–1546.  CONTINENTAL TREND RESOURCES, INC., ET AL. v. OXY USA INC.  C. A. 10th Cir.  Certiorari denied.  ▮

No. 96–1548.  HUTTON v. HOWARD.  Ct. App. Okla.  Certiorari denied.

No. 96–1565.  ORBACK ET AL. v. HEWLETT-PACKARD CO.  C. A. 10th Cir.  Certiorari denied.  ▮

No. 96–1583.  VAN HARKEN ET AL. v. CITY OF CHICAGO.  C. A. 7th Cir.  Certiorari denied.  ▮

No. 96–1603.  CORNFORTH v. HOWARD, SPECIAL JUDGE, DISTRICT COURT OF OKLAHOMA, OKLAHOMA COUNTY.  C. A. 10th Cir.  Certiorari denied.  ▮

No. 96–1637.  WOLFE v. DEBOSE ET AL.  Sup. Ct. Colo.  Certiorari denied.  ▮

No. 96–1676.  BENNALLACK v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  ▮

No. 96–1682.  STELMOKAS, AKA STELMOKEVICIUS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  ▮

No. 96–1700.  ABIDEKUN v. NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ET AL.  C. A. 2d Cir.  Certiorari denied.  ▮